

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-21-00033-CV

**IN RE** Jose Antonio **ORTIZ**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED.

It is so **ORDERED** on February 10, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020-CI-15726, styled *In the Interest of Z.A.O.C. and N.S.O.C., Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.